

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2020

No. 04-19-00464-CR

Troy David **CAMPEAU,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-755-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due June 5, 2020.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2020.

MICHAEL A. CRUZ,
Clerk of Court